Form G-3 (20260512)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION DIVISION**

| | | |
|---|---|---|
| In re: Liliana M Ciupeiu | ) | Chapter 13 |
| | ) | |
| | ) | No. 25-14616 |
| | ) | |
| Debtor(s) | ) | Judge Timothy A. Barnes |

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on November 12, 2026, at 10:00 a.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the motion of the Debtor [to/for] Modify Plan Post Confirmation, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/ David H. Cutler

David H. Cutler, esq.,
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St. Skokie, IL 60076
Phone: (847) 673-8600
cutlerfilings@gmail.com

**CERTIFICATE OF SERVICE**

I, David H. Cutler,

☒ an attorney, certify

- or -

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on October 22, 2026, at 5:00 p.m *

/s/ David H. Cutler
[Signature]

*All applicable boxes must be checked and all blanks filled in.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 25-14616 |
| | ) | |
| Liliana M Ciupeiu | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge: Timothy A. Barnes |

MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Liliana M Ciupeiu, (hereafter referred to as "the Debtor"), by and through her attorneys, Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC §1334 and this is a "core proceeding" under 28 USC §157(b)(2).
2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on September 23, 2025 and her Chapter 13 Plan was confirmed on January 15, 2026.
3. The Debtor's confirmation order provides for a plan payment of $450 for 17 months and then $739 for 19 months with unsecured creditors receiving the sum of $15,105.26.
4. The Debtor has paid in to date $4,050 to her Chapter 13 plan.
5. The Debtor has a current trustee default of $1,350 as of the date of this motion.
6. The Debtor had fallen behind on her trustee payments due to loss of income, the Debtor was not paid from a job that she did and her income as an adjunct professor at National Louis University, for the summer months of July and August, was $500 a month and she had fallen behind on her plan payments and living expenses.

7. The Debtor also incurred out of pocket vehicle necessary repairs for her 2020 Volkswagen Jetta and the Debtor moved in September and she incurred moving expenses of $800 that contributed to her falling behind on payments.
8. The Debtor is able to make her trustee payments going forward as since September the University started back up and she is back to work with her regular income and her vehicle is repaired, but she is unable get caught up on the full default in one lump sum payment.
9. The Debtor seeks to modify her plan post confirmation to defer the trustee default to the end of the plan as her plan was filed at 36 months and there is room to defer the default.
10. The Debtor has filed the instant case in good faith and she intends to complete the plan of reorganization and she has reviewed with her counsel the allegations set forth in this motion to modify her Chapter 13 Plan and she is in support of the allegations in the motion.
11. Debtor has reviewed with counsel and she has signed an Affidavit that supports the allegations set forth in this motion to modify her plan. (See attached Affidavit)

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current default until the end of the plan; and for such further relief that this Court may deem just and proper.

Dated: October 22, 2026

Respectfully Submitted,

By: /s/ David H. Cutler

David H. Cutler, esq.,
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main Street,
Skokie, IL 60076
Phone: (847) 673-8600