American Express
Attn: Bankruptcy
Po Box 981537
El Paso, TX 79998

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Citibank
Attn: Bankruptcy Department
P.O.Box 790046
St. Louis, MO 63179

Comenity Capital/Sephora
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Discover Personal Loans
Attn: Bankruptcy
Po Box 30954
Salt Lake City, UT 30954

Goldman Sachs Bank USA
Lockbox 6112
Philadelphia, PA 19170

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804

Mohela
Attn: Bankruptcy
P.O.Box 9635
Wilkes Barr, PA 18773

Nordstrom Signature Visa
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155

Regional Finance
979 Batesville Rd
Greer, SC 29651

Robinhood Credit
548 Market St
San Francisco, CA 94104

Sofi Lending Corp/MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005

Syncb/Care Credit
Attn: Bankruptcy
Po Box 965065
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/QVC
Attn: Bankruptcy
Po Box 965065
Orlando, FL 32896

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

Target
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440

Volkswagen Credit, Inc
Attn: Bankruptcy
1401 Franklin Blvd.
Libertyville, IL 60048

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines, IA 50328