IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>Liliana M Ciupeiu<br><br>Debtor | )<br>)<br>)<br>) | Case No.: 25-14616<br>Chapter 13<br>Judge Timothy A. Barnes |

## AFFIDAVIT IN SUPPORT OF MOTION TO MODIFY THE PLAN

I, Liliana M Ciupeiu, state that:

1. I filed for Chapter 13 relief on September 23, 2025 and my plan was confirmed on January 15, 2026.
2. Per the confirmed plan, my payments are $450 for 17 months then $739 for 19 months with unsecured creditors receiving the sum of 15,105.26.
3. I currently have a plan payment default of $1,350.
4. I had fallen behind on trustee payments due to loss of income, I was not paid from a job that I did and my income as an adjunct professor at National Louis University, for the summer months of July and August, was $500 a month and I had fallen behind on my plan payments and living expenses.
5. I also incurred out of pocket vehicle repairs for my 2020 Volkswagen Jetta and I moved in September and incurred moving expenses of $800.
6. I am seeking to defer the default to the end of the plan as my plan was filed at 36 months and there is room to defer the default.
7. I am able to make the trustee payments going forward as since September the University started back up and I am back to work, but I cannot get caught up on the full default in one lump sum payment.
8. I want to successfully complete my plan and are filing the motion to modify in good faith and ask that the Court modify the plan.

________________________
Liliana M Ciupeiu

Subscribed and sworn to before me this 21st day of Oct, 2026.

________________________
Notary Public

My commission expires 1/26/2027, 2027.

"OFFICIAL SEAL"
BARRY M YZAGUIRRE
Notary Public - State of Illinois
My Commission Expires January 26, 2027